UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD COOPER,              )<br>                                                       )<br>    Petitioner,                             )<br>                                                       )<br>    v.                                            )<br>                                                       )<br>CHUCK HARRISON, Warden,       )<br>                                                       )<br>    Respondent.                          )<br>_____ ) | 1:04-CV-05921-OWW-WMW-HC<br><br>ORDER GRANTING EXTENSION OF<br>TIME TO FILE MOTION TO DISMISS<br>(DOCUMENT #10) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 18, 2005, respondent filed a motion for modification of the court's scheduling order of February 24, 2005, for the purpose of filing a motion to dismiss after the deadline established by the scheduling order. Respondent also submitted a proposed motion to dismiss, which was filed by the court on May 18, 2005.

Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that respondent's is GRANTED an extension of time to file a motion to dismiss nunc pro tunc to April 27, 2005.

IT IS SO ORDERED.

**Dated:     June 13, 2005**          /s/  **William M. Wunderlich**
bl0dc4                                              UNITED STATES MAGISTRATE JUDGE