IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD COOPER,<br><br>            Petitioner,<br><br>   v.<br><br>CHUCK HARRISON, WARDEN,<br><br>            Respondent. | CV F 04-5921 OWW WMW HC<br><br>ORDER GRANTING<br>EXTENSION OF TIME TO<br>FILE OBJECTIONS<br><br>[Doc. 17] |

Petitioner is a prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. Section 2254. On March 3, 2006, Petitioner filed a motion for an extension of time to file his objections. Petitioner states in his motion that he did not receive his copy of the court's findings and recommendations until February 27, 2006. Accordingly, good cause appearing, Petitioner is HEREBY GRANTED an extension of time until March 27, 2006, to file his objections.

IT IS SO ORDERED.

Dated:   March 10, 2006            /s/  William M. Wunderlich
bl0dc4                             UNITED STATES MAGISTRATE JUDGE