IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD COOPER,<br><br>        Petitioner,<br><br>  v.<br><br>CHUCK HARRISON, WARDEN,<br><br>        Respondent. | CV F 04-5921 OWW WMW HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS<br><br>[Doc. 9, 16, 19] |

    Petitioner, a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 . The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On February 16, 2006, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. On April 3, 2006, Petitioner filed a statement that he conceded all previous defenses.

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on February 16, 2006, are a adopted in full;
2. The motion to dismiss is GRANTED;
3. The Petition for Writ of Habeas Corpus is DISMISSED;
3.  The Clerk of the Court is directed to enter  judgment for Respondent and to close this case.    IT IS SO ORDERED.

**Dated:     May 2, 2006**                                 **/s/ Oliver W. Wanger**
emm0d6                                                            UNITED STATES DISTRICT JUDGE

2